UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LAMARE ELOUISSANT JUNIOR HERBY,
Petitioner,

v.

CHRISTOPHER LAROSE,
Respondent.

Case No.: 26-cv-5902-RSH-JLB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On October 15, 2026, petitioner Lamare Elouissant Junior Herby, proceeding pro se, filed a petition for writ of habeas corpus (the "Petition"). ECF No. 1. Petitioner alleges that, after being released from immigration custody on parole, he was re-detained unlawfully and is entitled to immediate release. *Id.* at 6. On October 23, 2026, the Government filed a return in which it stated that it is "unable to ascertain sufficient facts at this time to establish that Petitioner's supervised release was revoked according to the procedures established by law." ECF No. 4 at 1. The Government further stated that it "acknowledges that this Court, and Courts in this District, have repeatedly ordered release under the same and/or similar facts" and "on that basis . . . acknowledges that Petitioner is entitled to be released from custody subject to conditions of supervision." *Id.* at 1–2.

//

In light of the Government's non-opposition, the Petition is **GRANTED**. The Court ORDERS that the Government release petitioner Lamare Elouissant Junior Herby from immigration custody within ***one business day*** of the date of this order, subject to the terms of his previously issued parole. This order does not prevent the Government from imposing or modifying conditions of release, as may be appropriate.

**IT IS SO ORDERED.**

Dated: October 26, 2026

Hon. Robert S. Huie
United States District Judge